1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE LUTZ, | Case No. 1:12-cv-01979-SAB |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM-285 FORMS WITHIN THIRTY DAYS |
| v. | (ECF No. 7) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Ronald Lee Lutz is proceeding pro se and in forma pauperis in this action challenging the denial of social security benefits. On December 6, 2012, the Court issued an order directing Plaintiff to complete and return the USM-285 forms so service of this action could be made by the United States Marshal. Plaintiff has not complied with or otherwise responded to the December 6 order. According,

IT IS HEREBY ORDERED that:

1.     The Office of the Clerk is directed to forward the USM-285 forms to Plaintiff for completion and return (ECF No. 7);

2.     Plaintiff is to complete and return the USM-285 forms within thirty days from the date of service of this order; and

///

1

1       3.      Failure to comply with this order will result in dismissal of this action for failure to

2  prosecute.

3

4

5  IT IS SO ORDERED.

6

7     Dated:   **March 25, 2013**

                                       UNITED STATES MAGISTRATE JUDGE

2